UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -vs- | : | CR No.: 00-00122-01L |
| | : | |
| NICKOYAN WALLACE | : | |

**NOTICE OF APPEAL**

NOW COMES the defendant, NICKOYAN WALLACE, and pursuant to 18 U.S.C. 3742 hereby claims an appeal from the sentence imposed on October 24, 2006.

NICKOYAN WALLACE
By his attorney,

/s/ William C. Dimitri
WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02909
Tel (401) 273-9092
Fax (401) 331-1898

**CERTIFICATION**

I, the undersigned, do hereby certify that a true copy of the within Notice of Appeal was mailed and sent electronically on the 3rd day of NOVEMBER, 2006 to: Stephanie Browne, AUSA, Fleet Center / 8th Floor, 50 Kennedy Plaza, Providence, RI 02903.

/s/ William C. Dimitri