UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Nickoyan Wallace
Petitioner- Appellant,

v.

UNITED STATES OF AMERICA
Respondent- Appellee.

C.A. No. 04-363-L
CR. No. 00-122-L

## Notice of Appeal

Petitioner- Appellant hereby appeals from a final Judgement of the district Court on october 25, 2006, in the above titled actions.

Respectfully Submitted,

Nickoyan Wallace
Reg. # 04935-070
D.W.W.D.F
950 High Street
Central Falls, R.I. 02863

cc: Court

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 NOV -6 A 11:22
FILED