UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 03 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
-vs- : CR No.: 00-00122-01L
:
NICKOYAN WALLACE :

**MOTION TO PROCEED IN FORMA PAUPERIS**

NOW COMES the defendant, Nickoyan Wallace, and moves that this Honorable Court permit him to proceed in forma pauperis and to order the government to bear all costs associated with his appeal in the above matter.

The defendant refers the court to his financial statement presently on file.

Granted:
Ronald R. Lagueux
SR. USDJ 11/8/06

NICKOYAN WALLACE
By his attorney,

WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02909
Tel (401) 273-9092
Fax (401) 331-1898

**CERTIFICATION**

I, thereby certify that a true copy of the within Motion was mailed on the 2nd day of NOVEMBER, 2006 to: Stephanie Browne, AUSA, Fleet Center / 8th Floor, 50 Kennedy Plaza, Providence, RI 02903.

Dolores L. Bucci