David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette Dube
Chief Deputy

November 9, 2006

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, Ma. 02210

Re: CR00-122L USA V. Wallace

Dear Mr. Donovan:

Please find enclosed the notices of appeal and the order granting Mr. Wallace's M/IFP

The criminal file CA00-122 was forwarded to your office with the 2255 (CA04-363L).

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk