David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette Dube
Chief Deputy

November 21, 2006

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, Ma. 02210

Re: CR00-122L USA V. Wallace

Dear Mr. Donovan:

Please find enclosed the above criminal file and transcripts. I believe this was mistakenly returned to us. Mr. Wallace has a few appeals pending (CA04-363L) and (CR00-122L).

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk